IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JUAN F. TURCIOS, Case No. 1:20-cv-00852-RLY-TAB

**ORDER TO SHOW CAUSE AND ON PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."), **Plaintiff shall, no later than December 2, 2024**: (1) effect service on Defendants and file proof of service; or (2) show cause why this action should not be dismissed due to an apparent lack of service on the Defendants. Any filing in this case shall be filed in the Master case, 1:14-ml-2570-RLY-TAB. If Plaintiff fails to respond to this show cause, this case will be dismissed for failure to prosecute.

In light of the foregoing, the motion to compel (Filing No. 13 in 1:20-cv-00852-RLY-TAB) is denied.

SO ORDERED:

Date: 11/15/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Juan F. Turcios
01790019
a/k/a Eric F. Santiago
3 Jester Road
Richmond, TX 77406