January 02, 2024

Office of the Clerk of the
United States District Court
210 Federal Bldg.
121 West Spring St.
NewAlbany, Indiana 47150

1:14-ml-2570-RLY-TAB

In re; Time Extension on Multi Litigation Santiago/Turcios vs. Cook Medical Inc. IVC Filter.

Dear Clerk,

Enclose find acknowledgement of receiving time extension, and reply, unable to comply for the reasons stated within.

*[signature]*

Respectfully Eric Franklin Santiago/Turcios

(Important Note The Penal Institution TDCJ has moved me to the address below, all mail should now be readdress to the address below.)

Eric Franklin Santiago/AKA, Turcios F. Juan
3201 FM 929 TDCJ
Gatesville, TX 76597

( 1 of 1 )

ERIC FRANKLIN SANTIAGO/AKA TURCIOS J.#1790019

3201 FM 929  TDCJ CID
GATESVILLE ,TX 76597

AUSTIN TX 786
RIO GRANDE DISTRICT
6 JAN 2025  PM 3  L



**FILED**

JAN 1 3 2025

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT SOUTHERN INDIANA
HON. TIM A. BAKER JUDGE
210 FEDERAL BUILDING
121 WEST SPRING STREET
NEW ALBANY, INDIANA  47150-0050



47150-364593