UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Juan F. Turcios Case No. 1:20-cv-00852 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING CASE

The Magistrate Judge recommends this action be dismissed without prejudice based upon Plaintiff's failure to timely effect service of process on Defendants. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 26399). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 23rd day of January 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Mail to:
Juan F. Turcios
a/k/a Eric F. Santiago
#1790019
3201 FM 929 TDCJ
Gatesville, TX  76597

1